HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JOHN MARTIN,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a foreign corporation,

    Defendants.

Case No.: 2:23-CV-01457 JNW

**ORDER OF DISMISSAL**

BASED ON THE STIPULATION OF THE PARTIES, that the claims against the Defendant by the Plaintiff were settled, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 10th day of June 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER OF DISMISSAL – 1

AARON ENGLE LAW, PLLC
100 2nd Avenue NE, Suite 210
Edmonds, Washington 98020
T: 206.623.7520  F: 206.622.7068